THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LEWIS K. JAMES,<br><br>        Defendant. | No. CR19-214-RSL<br><br>~~(PROPOSED)~~ ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion to continue the pretrial motions deadline and all the records in this case.

IT IS NOW ORDERED that pretrial motions are due by December 13, 2019.

DATED this 27th day of November 2019.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Christopher Sanders*
Assistant Federal Public Defender
Attorney for Lewis James

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*Lewis James*, CR19-214-RSL) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100