1
2
3
4
5
6                          UNITED STATES DISTRICT COURT
7                         WESTERN DISTRICT OF WASHINGTON
                                      AT SEATTLE
8
9  | UNITED STATES OF AMERICA,            | Case No. 19-CR-214-RSL
10 |                 Plaintiff,            |
                                           | ORDER DENYING MOTION
11 |        v.                             | FOR SUBSTITUTION OF
                                           | ATTORNEY
12 | LEWIS K. JAMES,                       |
13 |                 Defendant.            |

14

15      This matter comes before the Court on attorney David Arganian's "Motion for
16  Substitution of Attorney." Dkt. #17. For the foregoing reasons, the Court DENIES the motion
17  without prejudice for failure to comply with this district's local rules.
18      Mr. Arganian moves to be substituted in as defendant's retained counsel, thereby
19  replacing his current appointed counsel, Christopher Sanders. Pursuant to CrR 12(b), motions in
20  criminal cases must include a proposed order. Further, LCR 83.2 requires that a motion for
21  substitution of counsel in a criminal case be filed in compliance with the requirements of CrR
22  5(g). Under CrR 5(g)(4)(A), counsel may be relieved from representation with approval of the
23  Court, "endorsed upon a stipulation of substitution submitted ex parte and *signed by counsel,*
24  *substitute counsel, and defendant.*" Id. (emphasis added). Finally, the motion must "include a
25  certification that [it] was served on the client and opposing counsel." See LCR 83.2(b)(1).
26      For all the foregoing reasons, Mr. Arganian's motion is not in compliance with the local
27  rules. It is therefore DENIED without prejudice.
28      //

ORDER DENYING MOTION FOR SUBSTITUTION OF ATTORNEY - 1

1       DATED this 4th day of December, 2019.

                                          */s/ Robert S. Lasnik*
                                          Robert S. Lasnik
                                          United States District Judge

ORDER DENYING MOTION FOR SUBSTITUTION OF ATTORNEY - 2