UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>LEWIS K. JAMES<br>    Defendant, | No. CR 19-214RSL<br><br>ORDER FOR SUBSTITUTION<br>OF ATTORNEY |

This Court having reviewed the Court file and the Motion and Declaration of David Arganian for Substitution of Attorney hereby ORDERS the following:

David Arganian is permitted to substitute in as attorney for Mr. James. Mr. Sanders is permitted to withdraw. All further pleadings directed to Mr. James should be served upon Mr. Arganian at his office.

_/s/ Robert S. Lasnik_

Hon. Robert Lasnik

December 12, 2019.
~~November~~

ORDER OF SUBSTITUTION OF
ATTORNEY- 1

DAVID ARGANIAN
ATTORNEY AT LAW
6523 CALIFORNIA AVE SW #24
SEATTLE WASHINGTON 98136
206 660-3607