Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>LEWIS K. JAMES,<br><br>Defendant. | CASE NO. CR19-0214-RSL<br><br>ORDER GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS INDICTMENT |

The government's unopposed Motion to Dismiss Indictment is hereby GRANTED. Pursuant to Fed. R. Crim. Proc. 48(a), the Indictment against Defendant Lewis K. James is dismissed with prejudice.

DATED this 26th day of July 2021.

*[signature]*

ROBERT S. LASNIK
U.S. DISTRICT COURT JUDGE

Presented By:

*s/ J. Tate London*
J. TATE LONDON
Assistant United States Attorney

ORDER GRANTING MOTION TO DISMISS - 1
*United States v. James*, CR19-0214-RSL

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970